# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5679
_____

COLBURN CLIFFTON GOODEN
KELLY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

May 9, 2018

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jonathan J. Luca of Jonathan J. Luca, P.A., St. Augustine, for Appellant.

Pamela Jo Bondi, Attorney General; Steven Edward Woods and Thomas H. Duffy, Assistant Attorneys General, Tallahassee, for Appellee.